Jared R. Cooper, Esq.
**ROBINSON YABLON COOPER**
**& BONFANTE, LLP**
232 Madison Avenue, Suite 909
New York, New York 10016
Telephone:   (212) 725-8566
Facsimile:   (212) 725-8567
Email:      jared@rycbinjury.com

Attorneys for Representative Plaintiff
and the Plaintiff Class

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT TAYLOR, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>TD BANK, N.A.<br><br>                    Defendant. | **Case No.** 25-cv-995<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

     **PLEASE TAKE NOTICE THAT** pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff Robert Taylor ("Plaintiff") hereby gives Notice that the above-captioned case is voluntarily dismissed without prejudice.

Dated: March 21, 2025    By: */s/ Jared R. Cooper*
                  Jared R. Cooper, Esq.
                  **ROBINSON YABLON COOPER &**
                  **BONFANTE, LLP**
                  232 Madison Avenue, Suite 909
                  New York, New York 10016
                  Telephone:   (212) 725-8566
                  Email:       jared@rycbinjury.com

Laura Van Note, Esq. (CA S.B. #310160)*
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:    (510) 891-9800
Facsimile:    (510) 891-7030
Email:        lvn@colevannote.com

*Attorneys for Representative Plaintiff and the*
*Plaintiff Class*

*\*Pro hac vice forthcoming*

**So ordered.**

_____
**/s/ Edward S. Kiel**
**Edward S. Kiel, U.S.D.J.**
**Date: March 24, 2025**